

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00186-CV
_____

ONCOR ELECTRIC DELIVERY COMPANY NTU LLC, APPELLANT

V.

ARMSTRONG COUNTY APPRAISAL DISTRICT AND
ARMSTRONG COUNTY APPRAISAL REVIEW BOARD, APPELLEES

On Appeal from the 47th District Court
Armstrong County, Texas
Trial Court No. 2682, Honorable Dee Johnson, Presiding

October 16, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Oncor Electric Delivery Company NTU LLC, appeals from the trial court's judgment. We previously abated this appeal, pursuant to a joint motion, to allow the parties to engage in settlement negotiations. Now pending before the Court is the parties' "Joint Motion to Set Aside and Remand for Settlement." According to the motion, the parties have reached an agreement to settle this case and request that the Court vacate the judgment and remand the case to the trial court for rendition of a judgment in

accordance with their settlement agreement. The motion is signed by counsel for all parties.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we reinstate the appeal, grant the motion, reverse the trial court's judgment without regard to the merits of the appeal, and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. Per the parties' motion, costs shall be taxed against the party who incurred them. TEX. R. APP. P. 42.1(d). Having reversed the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam